**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Jose Santa MARIA–ARELLANO,**
**Defendant—Appellant.**

**No. 04–10498.**

United States Court of Appeals,
Ninth Circuit.

---

Submitted June 14, 2005.\*

Decided June 17, 2005.

Ray Gattinella, USLV—Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Jason F. Carr, Esq., FPDNV—Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

Before: KLEINFELD, TASHIMA and THOMAS, Circuit Judges.

### MEMORANDUM \*\*

Jose Santa Maria–Arellano appeals from the 60–month sentence imposed following his guilty-plea conviction for possession of a controlled substance with intent to distribute, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii). We have jurisdiction under 28 U.S.C. § 1291.

We dismiss in light of the valid appeal waiver. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000) (stating that an appeal waiver is valid when it is entered into knowingly and voluntarily); *United States v. Cardenas,* 405 F.3d 1046, 1048 (9th Cir.2005) (holding that the changes in sentencing law imposed by *United States v. Booker,* —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), did not render waiver of appeal involuntary and unknowing).

DISMISSED.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.